UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CALVIN TURNER,

    Petitioner,

v.                                    Case No:  8:16-cv-1618-T-30AAS

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court upon Petitioner Calvin Turner's Unopposed Motion to Stay 28 U.S.C. § 2255 Proceedings (Doc. 2).

After due consideration, it is therefore **ORDERED AND ADJUDGED** that:

1. Petitioner Calvin Turner's Unopposed Motion to Stay 28 U.S.C. § 2255 Proceedings (Doc. 2) is GRANTED.

2. This action is STAYED AND ADMINISTRATIVELY CLOSED pending a decision from the Supreme Court in *Beckles v. United States*, 616 F. App'x 415 (11th Cir. 2015), *cert. granted*, No. 15-8544, 2016 WL 1029080 (June 27, 2016).

3. Counsel for Petitioner shall move to reopen this action within thirty (30) days after the Supreme Court issues a decision in *Beckles*.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of August, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record